**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY JERDINE** | ) | **CASE NO.1:07CV2984** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **WASHINGTON MUTUAL BANK, ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

## CHRISTOPHER A. BOYKO, J:

On October 1, 2007, Plaintiff Anthony Jerdine filed his Complaint with this Court challenging a decision by the Cuyahoga County Court of Common Pleas in a foreclosure action. On October 10, 2007, this Court issued its Memorandum of Opinion and Order dismissing Plaintiff's Complaint pursuant to the *Rooker/Feldman* line of cases which hold federal district courts lack subject matter jurisdiction to review final decisions of state courts.

On April 22, 2008, Plaintiff filed a Notice of Appeal with the Sixth Circuit. That same day he filed a Motion for Stay of Proceedings and Relief from Judgment (ECF #7). On April 28, 2008, he filed a Motion to Proceed *In Forma Pauperis* (ECF #8), a Motion to Supplement the Record (ECF #9), and a Motion for Temporary Restraining Order (ECF #10).

Having reviewed the motions filed subsequent to this Court's dismissal of Plaintiff's Complaint, the Court denies each of the above Motions. Specifically, the Court denies Plaintiff's Motion to Stay and Relief from Judgment for the same reasons it dismissed the underlying claims in Plaintiff's Complaint. Plaintiff is challenging the decision of a state court in a foreclosure action. This Court lacks subject matter jurisdiction to review final judgments of state courts under the *Rooker/Feldman* doctrine.

The Court denies Plaintiff's Motion to Appeal *In Forma Pauperis* for failure to attach a statement certified by the institutional officer showing receipts, expenditures, and balances during the last six months of Plaintiff's incarceration as required by the application provided to Plaintiff.

The Court denies Plaintiff's Motion to Supplement the Record as the exhibits provided consist of court opinions issued after the dismissal of Plaintiff's Complaint and a Confirmatory Deed. Since the exhibits provided by Plaintiff do not reflect an omission or misstatement of anything material in the record and there is no allegation the record does not disclose what occurred in this case there exists no grounds for supplementation.

Finally, Plaintiff's Motion for Temporary Restraining Order is denied for the reasons discussed in this Court's Memorandum of Opinion and Order.

IT IS SO ORDERED.

 s/Christopher A. Boyko  
CHRISTOPHER A. BOYKO  
United States District Judge

April 30, 2008